TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RD 1/9/20

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 09 2020 ★

BROOKLYN OFFICE

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

*******************************************

# HP Inc.
-v-
# ZTHY Tech Inc.   19cv7210
Docket Number

*******************************************

SUBMITTED BY: Plaintiff ✔  Defendant ☐  DOJ ☐
Name: Louis P. Feuchtbaum
Firm Name: Sideman & Bancroft LLP
Address: One Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Phone Number: 415-392-1960
E-Mail Address: lfeuchtbaum@sideman.com

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ☐  NO ✔
If yes, state description of document to be entered on docket sheet:

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B) If a new application, the statute, regulation, or other legal basis that authorizes filing under seal**

15 U.S.C. § 1116(d)(8)

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED:                    , NEW YORK

_____
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE
          RECEIVED IN CLERK'S
OFFICE_____
                              DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ✔ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:____; or C.) ☐ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_____          _____
      DATE                     SIGNATURE