FILED
CLERK
U.S. DISTRICT COURT E.D.N.Y.

JAN - 9 2020 ★

BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HP INC., a Delaware corporation; and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., a Texas limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ZTHY TECH INC., a California corporation; **batterymon16**, an entity of unknown form; **ehome007**, an entity of unknown form; **elecbrain15**, an entity of unknown form; **Idallian**, an entity of unknown form; **irelia_jt**, an entity of unknown form; **lol-electronic**, an entity of unknown form; **shop-siker**, an entity of unknown form; **shunwei2014**, an entity of unknown form; **sunflower-electronic**, an entity of unknown form; **suntek-wireless**, an entity of unknown form; **yolanda_dh1**, an entity of unknown form; and **DOES 1 through 20**,<br><br>Defendants. | Case No._____<br><br>[PROPOSED] ORDER GRANTING LEAVE TO SERVE BY EMAIL<br><br>[FILED UNDER SEAL] |

Plaintiffs HP, Inc.'s and Hewlett-Packard Development Co., L.P.'s ("Plaintiffs") Ex Parte Application seeking leave to serve certain Defendants by email, and other relief, with supporting papers, were presented to this Court. After full consideration of the matter and for good cause shown, Plaintiffs' Application is GRANTED.

The Court finds that Plaintiffs have presented sufficient facts to demonstrate that serving Defendants batterymon16, ehome007, elecbrain15, idallian, irelia_jt, lol-electronic, shop-siker, shunwei2014, sunflower-electronic, suntek-wireless, and yolanda_dh1 is reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them an opportunity to appear in this matter to respond to the complaint, and to present their objections to any applications made to the Court in this matter. The Court further finds that there are no international agreements that prohibit this method of service for these Defendants.

**IT IS THEREFORE ORDERED** that:

Plaintiffs may accomplish service upon Defendants via email, as follows:

| Defendant | E-mail Address(es) at Which Each Defendant May Be Served |
|---|---|
| suntek-wireless | stekparts@gmail.com |
| shop-siker | hksiker@gmail.com |
| shunwei2014 | m13712303112@163.com; jmelectronic2018@hotmail.com |
| batterymon16 | yangcaiping123@hotmail.com |
| sunflower-electronic | delectronic@163.com; rainhome2015@163.com |
| lol-electronic | sikermengmeng@163.com; VanessaXeniatK@yahoo.com |
| elecbrain15 | 344031135@qq.com; elecbrain15@hotmail.com |
| ehome007 | mini_tomato@163.com |
| yolanda_dh1 | chf0753@163.com |
| irelia_jt | Irelia_1@163.com |
| Idallian | Plaintiffs expect to obtain this email address from eBay when it submits a VeRO complaint, which will occur shortly after this matter is filed. |

DATED this ___ day of January 2020.

UNITED STATES DISTRICT COURT

By: _____
United States District Judge