IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JAN - 9 2020
BROOKLYN OFFICE

| | |
|---|---|
| HP INC., a Delaware corporation; and **HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**, a Texas limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>**ZTHY TECH INC.**, a California corporation; **batterymon16**, an entity of unknown form; **ehome007**, an entity of unknown form; **elecbrain15**, an entity of unknown form; **Idallian**, an entity of unknown form; **irelia_jt**, an entity of unknown form; **lol-electronic**, an entity of unknown form; **shop-siker**, an entity of unknown form; **shunwei2014**, an entity of unknown form; **sunflower-electronic**, an entity of unknown form; **suntek-wireless**, an entity of unknown form; **yolanda_dh1**, an entity of unknown form; and **DOES 1 through 20**,<br><br>Defendants. | Case No. 19-7210<br><br>**FILED UNDER SEAL**<br><br>**PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TEMPORARILY SEALING:**<br><br>1) THIS EX PARTE APPLICATION FOR SEALING ORDER<br>2) PLAINTIFFS' COMPLAINT<br>3) EX PARTE APPLICATION FOR SERVICE BY EMAIL AND TEMPORARY RESTRAINING ORDER FREEZING ASSETS<br>4) DECLARATION OF ERICA BRAND PORTNOY IN SUPPORT OF APPLICATION<br>5) DECLARATION OF ROBERT MUSICK IN SUPPORT OF APPLICATION<br>6) DECLARATION OF RICHARD STINGEL IN SUPPORT OF APPLICATION |

Plaintiffs HP Inc. ("HP") and Hewlett-Packard Development Company, L.P. ("HPDC" and collectively, "Plaintiffs") hereby apply to this Court *ex parte* for an order temporarily sealing: (1) this *ex parte* application; (2) Plaintiffs' Complaint; (3) Plaintiffs' Ex Parte Application for Entry of An Order Allowing Service By Email And A Temporary Restraining Order Freezing Certain Financial Accounts, and declarations in support of that Application, submitted by (A) Erica Brand Portnoy, (B) Robert Musick, and (C) Richard Stingel, and; (4) the Courrt file.

1. Plaintiffs' complaint asserts claims against Defendants for: (1) federal trademark counterfeiting and infringement under 15 U.S.C. § 1114; (2) federal trademark dilution under 15

U.S.C. § 1115; (3) federal unfair competition under 15 U.S.C. § 1125; and (4) unfair competition under New York common law, and violations of New York General Business Law. Plaintiffs have also filed an *ex parte* application for entry of a temporary restraining order, an asset restraining order, and order authorizing service of process by e-mail, and order to show cause why a preliminary injunction should not issue.

2. The Lanham Act states that: "In the case of a civil action arising under section 1114(1)(a) . . . with respect to a violation that consists of using a counterfeit mark in connection with the sale, offering for sale, or distribution of goods or services, the court may, upon ex parte application, grant an order under subsection (a) of this section pursuant to this subsection providing for the seizure of goods and counterfeit marks involved in such violation and the means of making such marks, and records documenting the manufacture, sale, or receipt of things involved in such violation." 15 U.S.C. § 1116(d)(1)(A). Further, "[a]n order under this subsection, together with the supporting documents, shall be sealed until the person against whom the order is directed has an opportunity to contest such order, except that any person against whom such order is issued shall have access to such order and supporting documents after the seizure has been carried out." 15 U.S.C. § 1116(d)(8).

3. Sealing of the file is necessary to prevent Defendants from learning of these proceedings prior to execution and service of the Requested Order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding of assets, which would frustrate the purposes underlying the Trademark Counterfeiting Act and would interfere with this Court's power to grant relief. If the Court grants the requested ex parte relief, Plaintiff further requests that the Court file be

sealed until the date for hearing on the order to show cause to modify preliminary injunction, as mandated by the statutory scheme under 15 U.S.C. § 1116(d)(8).

A Proposed Order To Seal File is submitted herewith.

Dated: January 6, 2020

RESPECTFULLY SUBMTTED,

_____
Louis P. Feuchtbaum
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 392-1960
Email: lfeuchtbaum@sideman.com

*Counsel for Plaintiffs HP Inc. and Hewlett-Packard Development Company, L.P.*