IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HP INC., a Delaware corporation; and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., a Texas limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ZTHY TECH INC., a California corporation; **batterymon16**, an entity of unknown form; **ehome007**, an entity of unknown form; **elecbrain15**, an entity of unknown form; **ldallian**, an entity of unknown form; **irelia_jt**, an entity of unknown form; **lol-electronic**, an entity of unknown form; **shop-siker**, an entity of unknown form; **shunwei2014**, an entity of unknown form; **sunflower-electronic**, an entity of unknown form; **suntek-wireless**, an entity of unknown form; **yolanda_dh1**, an entity of unknown form; and **DOES 1 through 20**,<br><br>Defendants. | Case No. 19-7210<br><br>**DECLARATION OF RICHARD STINGLE IN SUPPORT OF EX PARTE APPLICATION FOR SERVICE BY EMAIL AND TEMPORARY RESTRAINING ORDER**<br><br>[UNDER SEAL] |

1.      I, Richard Stingle, am the North America Sub-Regional Investigations Manager for the Global Anti-Counterfeit Program, Global Brand Security Group for HP, Inc. ("HP"). In that position, I am familiar with the facts of the above-captioned matter and also with the civil litigation that is referenced herein. I have personal knowledge of the matters set forth herein, except where indicated otherwise, and if called to testify as a witness, I would testify competently to them under oath.

2.      HP specializes in the manufacture of personal computers, printers and printer cartridges. HP licenses the right to use the HP house mark and HP logos (collectively, the "HP Marks") from the Hewlett-Packard Development Company, L.P. ("HPDC"), which, in turn, has an exclusive license from HP Hewlett Packard Group LLC ("TM JV"), which owns all rights, title, and interest in numerous federal trademark registrations. The HP Marks are well-recognized signifiers of HP's high-quality products and services, and HP uses the HP Marks to

identify goods and services as being genuine products.

3. TM JV and HPDC have registered several trademarks on the Principal Register of the U.S. Patent and Trademark Office ("USPTO") in connection with a range of computers, computer hardware, computer software, computer peripherals, and parts for the foregoing. Attached hereto as Exhibit 1 are true and accurate copies of the Principal Register of the USPTO, which shows the trademark registrations for HP Marks bearing the following registration numbers: 1,840,215; 3,412,631; 5,209,742; 5,311,758; 1,842,724; and, 4,272,548.

4. HPDC, HP, the TM JV, and their predecessor companies have invested substantial effort and resources to develop and promote public recognition of the "HP"-related marks. Over the course of about 80 years, these entities have continuously used and advertised the HP Marks in connection with HP products through a wide variety of media including television, radio, video, newspapers, magazines, billboards, direct mail, and websites across the country. As a result, the HP Marks have become well-known and have attained one of the highest levels of brand recognition. Through the longstanding and widespread use and promotion of the HP Marks, HP's customers worldwide have come to rely upon the HP Marks to identify high-quality goods and services. Accordingly, the HP Marks have significant economic value to HP because its customers rely upon them when deciding to purchase HP-branded products.

Signed by me this 23rd day of December, 2019. Subject to penalty of perjury under the laws of the United States.

Dated: 12\23\2019

_____
Richard Stingle