# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HP INC., a Delaware corporation; and **HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**, a Texas limited partnership,<br><br>        Plaintiffs,<br><br>v.<br><br>**ZTHY TECH INC.**, a California corporation; **batterymon16**, an entity of unknown form; **ehome007**, an entity of unknown form; **elecbrain15**, an entity of unknown form; **ldallian**, an entity of unknown form; **irelia_jt**, an entity of unknown form; **lol-electronic**, an entity of unknown form; **shop-siker**, an entity of unknown form; **shunwei2014**, an entity of unknown form; **sunflower-electronic**, an entity of unknown form; **suntek-wireless**, an entity of unknown form; **yolanda_dh1**, an entity of unknown form; and **DOES 1 through 20**,<br><br>        Defendants. | Case No. _19cv7210_<br><br>**[PROPOSED] ORDER TO FILE UNDER SEAL** |

Upon consideration of the above-named Plaintiffs' Application for an Order to File Under Seal, it is hereby:

ORDERED that the following documents shall be filed under seal:

(1) Plaintiffs' *Ex Parte* Application to File Under Seal; (2) Plaintiffs' Complaint; (3) Plaintiffs' Ex Parte Application for Entry of An Order Allowing Service By Email And A Temporary Restraining Order Freezing Certain Financial Accounts, and declarations in support of that Application, submitted by (A) Erica Brand Portnoy, (B) Robert Musick, and (C) Richard Stingle. It is further

ORDERED that the Clerk of the Court shall maintain this action under seal pending further order of the Court; and it is further

ORDERED that, notwithstanding this Order to Seal, the Clerk of the Court shall have

authority to provide Plaintiffs with certified copies of any court orders entered in this matter while under seal.

DATED this ___ day of January 2020.          UNITED STATES DISTRICT COURT


                                             By: _____
                                                   United States District Judge