# EXHIBIT 31



MENU

**December 5, 2019**

eBay - 陈 苑红 (irelia_jt)                                                                                                          - $37.60
Payment

**Paid with**
American Express
AMEX Credit Card x-1005
You'll see "PAYPAL *EBAY CHENYUANHON" on your card statement.

**Ship to**
Meaghan Holmes
101a Clay St Ste 180
San Francisco, CA 94111
United States

**Category**
Retail

**Transaction ID**
7CK77598B3599303A

**Return shipping refunds**
For more info See Terms

**Seller info**
eBay - 陈 苑红 (irelia_jt)

**Purchase details**

New Genuine CM03XL Battery For                $34.65
HP EliteBook 840 G1 HSTNN-IB4R
717376-001 E7U24AA
Item #254383680183

Tax                                                                          $2.95

Total                                                                     $37.60

**Need to contact the seller?**
Log in to your eBay account and go to your purchase history. For more help, go to the eBay Resolution Center.

HELP    CONTACT US    SECURITY    FEES

©1999-2019 PayPal, Inc. All rights reserved.

Privacy    Legal    Policy updates

#167 Yolanda-Bad
19214 NORTHERN BLVD
FLUSHING NY 11358-2955

C022

SHIP TO:
Meaghan Holmes
101A CLAY ST STE 180
SAN FRANCISCO CA 94111-2033

BYD44---1

USPS TRACKING #



9400 1102 0082 8191 2562 89

Exhibit 31, p. 3

Exh. 34, p. 15



Exhibit 31, p. 4