EXHIBIT 32



Exhibit 32, p. 1



Exhibit 32, p. 2

| From: | service@paypal.com |
|---|---|
| To: | Katrina Eckweiler |
| Subject: | Receipt for your PayPal payment to 蒋丹华 |
| Date: | Thursday, May 2, 2019 5:17:28 PM |

paypal

May 2, 2019 17:17:11 PDT

Transaction ID: 7MH02952SE231784V

**Hello Katrina Eckweiler,**

**You sent a payment of $42.98 USD to 蒋丹华**

Thanks for using PayPal. To see all the transaction details, log in to your PayPal account.

It may take a few moments for this transaction to appear in your account.

| Seller | Note to seller |
|---|---|
| 蒋丹华 | You haven't included a note. |

| Shipping address - confirmed | Shipping details |
|---|---|
| Katrina Eckweiler<br>101A Clay St<br># 180<br>San Francisco, CA 94111-2033<br>United States | The seller hasn't provided any shipping details yet. |

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Genuine ME03XL Battery HP Stream 11 13-C010NR Notebook 787521-005 787089-541<br>Item# 272334107620 | $42.98 USD | 1 | $42.98 USD |

|  |  |  |
|---|---|---|
|  | Shipping and handling | $0.00 USD |
|  | Insurance - not offered | ---- |
|  | **Total** | $42.98 USD |
|  | **Payment** | $42.98 USD |

This charge will appear on your credit card statement as "PAYPAL *JIANGDANHUA"

Payment sent from legacyway67@gmail.com

**Payment Method (Total):**

Visa XXXX-XXXX-XXXX-8805         $42.98 USD

**Issues with this transaction?**

You have 180 days from the date of the transaction to open a dispute in the Resolution Center.

Exhibit 32, p. 3



Exhibit 32, p. 4

YOLANDA
136-10 37TH AVE
FLUSHING NY 11354

PS LIGHTWEIGHT
U S POSTAGE PAID
UPS MAIL INNOVATION
eVS

Forward Service Requested

SHIP TO: KATRINA ECKWEILER
101A CLAY ST
# 180
SAN FRANCISCO  CA 94111-



UPS MAIL INNOVATIONS

MMID #: 8024037123 91616808
PACKAGE ID #: 46753
COST CENTER #: YOLANDA

12.67.89

USPS TRACKING # eVS

9274 8909 8407 7054 3400 2807 43

BYH96---
Ref1:46753



Exhibit 32, p. 5

Exhibit 32, p. 6

**HP** **ME03XL** Notebook Battery

HP is a registered trademark of Hewlett-Packard Company.
HP part number 787089-421 (3ICP5/57/81)
Regulatory Model Number 型号: HSTNN-LB6O
Rechargeable Li-ion Battery
FOR USE WITH HP SERIES TPN-Q154, TPN-Q155, TPN-Q156
FAMILY OF COMPUTER PRODUCTS ONLY    电芯中国制造, 电池中国组装
European Regulatory Address : HP, HQ-TRE 71004 Boeblingen, Germany
CELL ORIGIN CHINA FURTHER PROCESSED IN CHINA

⚠ WARNING!

To reduce the risk of fire or burns, do not disassemble, crush, or puncture; do not short external contact; do not sispose of in fire or water.
警告:为避免引起火灾或燃烧、请勿拆卸、挤压、刺戳电池、或使电池外部接点短路; 或抛于火中或水中
警告:為避免引起火災或燃燒、請勿拆卸、擠壓、刺戳電池、或使電池外部接點短路; 或拋於火中或水中
AVERTISSEMENT! Pour réduire le risque d'incendie ou de brûlures

Exhibit 32, p. 7



# Report a problem

| MAY 02 | 蒋丹华 Payment | – $42.98 |

Have you already been in touch with the seller? It's often the best way to resolve a problem.

蒋丹华
chf0753@163.com

**What type of issue would you like to report?**

**I didn't receive an item I purchased**
The product or service was not delivered to you.

**I received an item that's not as described**
The product or service was significantly not as described in your order.

**I want to report suspicious account activity or transactions**
Report suspicious activity, transactions and account changes you didn't authorize.

**I have a billing issue**
Report issues with transaction amount, duplicate charges, refunds or canceled subscriptions.

**We want to hear from you!** Share your thoughts on how the dispute filing experience can be made better.

Back

HELP   CONTACT US   SECURITY   FEES

©1999-2019 PayPal, Inc. All rights reserved.   |   Privacy   Legal   Policy updates