EXHIBIT 33



MENU

**December 5, 2019**

eBay - 丹华 蒋 (yolanda_dh1) — - $37.60
Payment

**Paid with**
American Express
AMEX Credit Card x-1005
You'll see "PAYPAL *EBAY JIANGDANHUA" on your card statement.

**Ship to**
Meaghan Holmes
101a Clay St Ste 180
San Francisco, CA 94111
United States

**Category**
Retail

**Transaction ID**
3D807723JU8760505

**Return shipping refunds**
For more info See Terms

**Seller info**
eBay - 丹华 蒋 (yolanda_dh1)

**Purchase details**
Genuine Original BP02XL Battery — $31.90
HP Pavilion PC 15 AU010WM
HSTNN-LB7H HSTNN-UB7B
Item #283403650940

Shipping — $2.99
Tax — $2.71

Total — $37.60

**Need to contact the seller?**
Log in to your eBay account and go to your purchase history. For more help, go to the eBay Resolution Center.

HELP   CONTACT US   SECURITY   FEES

©1999-2019 PayPal, Inc. All rights reserved.

Privacy   Legal   Policy updates

Exhibit 33, p. 2

FIRST-CLASS PKG SVC

#167 Yolanda-Bad
19214 NORTHERN BLVD
FLUSHING NY 11358-2955

C022

SHIP TO:

Meaghan Holmes
101A CLAY ST STE 180
SAN FRANCISCO CA 94111-2033

BYD70---1

USPS TRACKING #



9400 1102 0082 9190 8867 36

Exhibit 33, p. 3



Exhibit 33, p. 4

Exh. 36, p. 15