EXHIBIT 34



Exhibit 34, p. 1



# Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #7U6803297E766282M)

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Sep 29, 2017 | Payment To HK SIKER INTERNATIONAL TRADE CO.,LIMITED | Completed | ... | -$22.98 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Sep 29, 2017 | Charge From Credit Card | Completed | Details | $22.98 USD |

### Shopping Cart Contents

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Genuine 10.8V 47Wh 6cells Laptop Battery for HP CQ42 CQ62 CQ72 MU06 MU09 US NEW Item # 272756485423 | | $22.98 USD |
| | | Amount | $22.98 USD |

### Business Contact Information

Customer Service URL: http://www.dgsiker.com
Customer Service Email: HKSIKER@GMAIL.COM
Customer Service Phone: +86 81818817

Order Description: Shopping Cart
Item Total: $22.98 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$22.98 USD
Fee amount: $0.00 USD

Net amount: -$22.98 USD
Date: Sep 29, 2017
Time: 11:07:37 PDT
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Ross Kirkbaumer
101A Clay St # 180
San Francisco, CA 94111-2033
United States
Confirmed

Payment To: HK SIKER INTERNATIONAL TRADE CO.,LIMITED (The recipient of this payment is **Non-U.S. - Verified**)
Seller's ID: shop-siker
Seller's Email: hksiker@gmail.com

Funding Type: Credit Card
Funding Source: $22.98 USD - Visa Credit Card XXXX-XXXX-XXXX-3389

This credit card transaction will appear on your bill as "PAYPAL *HKSIKERINTE".

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Return to Log

Exhibit 34, p. 2

14oz First-Class Pkg Svc

CommercialBasePrice  071V00896573

## USPS FIRST-CLASS PKG

Shipping Dept
4251 SAULL ST
FLUSHING NY 11355-4917

C022   0029

SHIP TO:
Ross Kirkbaumer
101A CLAY ST # 180
SAN FRANCISCO CA 94111-2033

A0Y04-Y

USPS TRACKING #



Exhibit 34, p. 3



Exhibit 34, p. 4