# EXHIBIT 35



Exhibit 35, p. 1

 

# Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #8PJ11131UU090332X)

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Sep 29, 2017 | Payment To HK SIKER INTERNATIONAL TRADE CO.,LIMITED | Completed | ... | -$15.98 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Sep 29, 2017 | Charge From Credit Card | Completed | Details | $15.98 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | ORIGINAL 65W AC Adapter Power Supply Charger For HP Pavilion dv4 dv5 dv6 dv7 US Item # 282567185679 | | $15.98 USD |
| | | Amount | $15.98 USD |

**Business Contact Information**

Customer Service URL: http://www.dgsiker.com
Customer Service Email: HKSIKER@GMAIL.COM

Customer Service Phone: +86 81818817

Order Description: Shopping Cart
Item Total: $15.98 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$15.98 USD
Fee amount: $0.00 USD

Net amount: -$15.98 USD
Date: Sep 29, 2017
Time: 11:14:03 PDT
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Ross Kirkbaumer
101A Clay St # 180
San Francisco, CA 94111-2033
United States
**Confirmed**

Payment To: HK SIKER INTERNATIONAL TRADE CO.,LIMITED (The recipient of this payment is **Non-U.S. - Verified**)
Seller's ID: shop-siker
Seller's Email: hksiker@gmail.com

Funding Type: Credit Card
Funding Source: $15.98 USD - Visa Credit Card XXXX-XXXX-XXXX-3389

This credit card transaction will appear on your bill as "PAYPAL *HKSIKERINTE".

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Return to Log

CommercialBasePrice          071V

## USPS FIRST-CLASS PK

C022

Shipping Dept
4251 SAULL ST
FLUSHING NY 11355-4917

**SHIP TO:**

Ross Kirkbaumer
101A CLAY ST # 180
SAN FRANCISCO CA 94111-2033

B0Y14-Y

Exhibit 35, p. 3



Exhibit 35, p. 4