EXHIBIT 36



Search for anything     All Categories

Back to home page   | Listed in category:   Computers/Tablets & Networking  >  Laptop & Desktop Accessories  >  Laptop Power Adapters/Chargers

## People who viewed this item also viewed

 SPONSORED Genuine $12.99 Free shipping

 GENUINE HP Part $17.38 $18.29 Free shipping

 65W AC Adapter $7.00 Free shipping

 GENUINE FOR HP $18.97 Free shipping

 For HP 519329-003 $8.76 $10.55 Free shipping

### New Genuine HP 519329-003 463958-001 N193 65W AC Laptop Adapter Charger

2 product ratings

Item condition: New

Quantity: 1    20 available / 7 sold

Price: US $24.90    Buy It Now    Add to cart

3 watching    Add to watch list    Add to collection

☐ 3-year protection plan from SquareTrade - $8.49

30-day returns

| Add to watch list

**Seller information**
suntek-wireless (3374  )
98.6% Positive feedback

Save this Seller
Contact seller
Visit store:  Suntek-Wireless
See other items

Shipping: FREE Standard Shipping | See details
Item location: Irving, Texas, United States
Ships to: Worldwide

Delivery: Estimated on or before **Sat. Nov. 18** to

Payments: PayPal VISA MasterCard American Express Discover
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See terms
See details

Returns: 30 days money back or replacement, buyer pays return shipping, 20% restocking fee may apply |
See details

Guarantee: | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

Exhibit 36, p. 1

   
| NOV 10 | eBay - GE Solucions (suntek-wireless)<br>Payment<br>● eBay - GE Solucions (suntek-wireless)  Track Shipment | - $24.90<br>Retail |
|---|---|---|

**Paid with**
VISA x-9009
You'll see "PAYPAL *GESOLUCIONS" on your card statement.

**Shipped to**
Natalie Harlacher
268 Bush St # 3941
San Francisco, CA 94104-3503
United States

**Track your shipment**
9400111298370870898201
November 11, 2017, Sent by USPS
Status: Shipped

**Category**
Retail

**Transaction ID**
2EN60757135616002

🖨 **Print details**

**Seller info**
eBay - GE Solucions (suntek-wireless)

**Purchase details**
New Genuine HP 519329-003 463958-001   $24.90
N193 65W AC Laptop Adapter Charger
Item #252550672673

---
Total   $24.90

**Need help?**
First contact the seller through eBay to try resolving the problem. If it's still not resolved, go to the eBay Resolution Center. You may be eligible for purchase protection.

Exhibit 36, p. 2

SHIP TO: NATALIE HARLACHER
268 BUSH ST 3941
SAN FRANCISCO CA 94104-3503

|||..|..|.|...||||...|.|..||.|.|.||....||.||..|.|..|..||

**USPS TRACKING #**



9400 1118 9956 0801 9079 70

**AYH01**

The UPS Store #1595
268 Bush Street
San Francisco, CA 94104-3503
(415) 765-1515



US POSTAGE & FEES PAID
14 OZ FIRST CLASS PKG RATE
NO SURCHARGE
COMMERCIAL BASE PRICING

## USPS FIRST CLASS

BESELL INC INC
20 Irwin ST
New Hyde Park NY 11040



Exhibit 36, p. 5