EXHIBIT 37



## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #30H53411GE854204R)

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Nov 9, 2017 | Payment To GE Solucions | Completed | ... | -$40.90 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Nov 9, 2017 | Charge From Credit Card | Completed | Details | $40.90 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | New OEM HP Envy 17-2100 Series 10.8v 47Wh Laptop Battery MU06 593553-001 Item # 253095277047 | | $40.90 USD |
| | | Amount | $40.90 USD |

**Order Description:** Shopping Cart
**Item Total:** $40.90 USD
**Sales Tax:**
**Shipping:** $0.00 USD
**Seller discount or charges:** $0.00 USD

**Total amount:** -$40.90 USD
**Fee amount:** $0.00 USD

**Net amount:** -$40.90 USD
**Date:** Nov 9, 2017
**Time:** 10:51:58 PST
**Status:** Completed

**Insurance:** $0.00 USD
**Status:** Completed

**Shipping Address:** Ross Kirkbaumer
101A Clay St # 180
San Francisco, CA 94111-2033
United States
Confirmed

**Payment To:** GE Solucions   (The recipient of this payment is **Verified**)
**Seller's ID:** suntek-wireless
**Seller's Email:** stekparts@gmail.com

**Funding Type:** Credit Card
**Funding Source:** $40.90 USD - Visa Credit Card XXXX-XXXX-XXXX-3389

This credit card transaction will appear on your bill as "PAYPAL *GESOLUCIONS".

**Description:** Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

[ Return to Log ]

```
Shipping Dept
4251 SAULL ST
FLUSHING NY 11355-4917
```

C022  0029

SHIP TO:

Ross Kirkbaumer
101A CLAY ST # 180
SAN FRANCISCO CA 94111-2033

A0Y04-Y

USPS TRACKING #



9400 1159 0119 1224 2513 51

Exhibit 37, p. 3



Exhibit 37, p. 4