AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HP INC., et. al.<br>*Plaintiff(s)*<br>v.<br><br>ZTHY TECH INC., et. al.<br>*Defendant(s)* | Civil Action No. 19-cv-7210 ENV-RER |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   irelia_jt to be served at the email address: Irelia_1@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Louis P. Feutchtbaum
   Sideman & Bancroft LLP
   One Embarcadero Center, 22nd Floor
   San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer

*CLERK OF COURT*

Date: 1/9/2020

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*



## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is One Embarcadero Center, Twenty-Second Floor, San Francisco, CA 94111-3711.

On February 25, 2020, I served true copies of the following document(s) described as

- **ISSUED SUMMONS**

- **CIVIL CASE COVER SHEET**

- **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF (AMENDED) FOR: (1) FEDERAL TRADEMARK INFRINGEMENT AND COUNTERFEITING; (2) FEDERAL TRADEMARK DILUTION; (3) FEDERAL UNFAIR COMPETITION; AND (4) NEW YORK UNFAIR COMPETITION**

- **ORDER GRANTING LEAVE TO SERVE BY EMAIL**

- **PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TEMPORARILY SEALING: (1) THIS EX PARTE APPLICATION FOR SEALING ORDER; (2) PLAINTIFFS' COMPLAINT; (3) EX PARTE APPLICATION FOR SERVICE BY EMAIL AND TEMPORARY RESTRAINING ORDER FREEZING ASSETS; (4) DECLARATION OF ERICA BRAND PORTNOY IN SUPPORT OF APPLICATION**

- **ORDER TO FILE UNDER SEAL**

- **COURT'S NOTICE RE PROCEEDING BY MAGISTRATE JUDGE**

- **PLAINTIFFS' EX PARTE APPLICATION FOR ENTRY OF: (1) AN ORDER ALLOWING SERVICE BY EMAIL, AND; (2) A TEMPORARY RESTRAINING ORDER FREEZING ASSETS HELD IN FINANCIAL ACCOUNTS USED IN CONNECTION WITH DEFENDANTS' VIOLATIONS OF THE LANHAM ACT**

- **DECLARATION OF ROBERT MUSICK IN SUPPORT OF EX PARTE APPLICATION FOR SERVICE BY EMAIL AND TEMPORARY RESTRAINING ORDER**

- **DECLARATION OF RICHARD STINGLE IN SUPPORT OF EX PARTE APPLICATION FOR SERVICE BY EMAIL AND TEMPORARY RESTRAINING ORDER**

- **TEMPORARY RESTRAINING ORDER FREEZING ASSETS**

- **DECLARATION OF ERICA BRAND PORTNOY IN SUPPORT OF EX PARTE APPLICATION FOR SERVICE BY EMAIL AND TEMPORARY RESTRAINING ORDER**

on the interested parties in this action as follows:

irelia_jt                                          Irelia_1@163.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission, or as a courtesy in addition to another form of service, I caused a copy of the document(s) to be sent from e-mail address vvitullo@sideman.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 26, 2020, at San Francisco, California.

*Valerie Vitullo*
_____
Valerie Vitullo