IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HP INC., a Delaware corporation; and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., a Texas limited partnership,<br><br>        Plaintiffs,<br><br>v.<br><br>ZTIIY TECII INC., a California corporation; **batterymon16**, an entity of unknown form; **ehome007**, an entity of unknown form; **elecbrain15**, an entity of unknown form; **Idallian**, an entity of unknown form; **irelia_jt**, an entity of unknown form; **lol-electronic**, an entity of unknown form; **shop-siker**, an entity of unknown form; **shunwei2014**, an entity of unknown form; **sunflower-electronic**, an entity of unknown form; **suntek-wireless**, an entity of unknown form; **yolanda_dh1**, an entity of unknown form; and **DOES 1 through 20**,<br><br>        Defendants. | Case No._1:19-cv-07210-RPK-RER<br><br>**NOTICE OF ENTRY OF ORDER REGARDING PRELIMINARY INJUNCTION HEARING**<br><br>Judge:  Honorable Rachel P. Kovner<br>Date:   March 19, 2020<br>Time:  12:00<br>Crtrm.:  4E-N |

**TO ALL PARTIES, AND THEIR COUNSEL, PLEASE TAKE NOTICE THAT:**

1. This case has been reassigned to the Honorable Rachel P. Kovner, United States District Judge, sitting in the above-captioned court, located at 225 Cadman Plaza East, Brooklyn, New York 11201.

2. On March 3, 2020, Judge Kovner entered a scheduling order for the preliminary injunction hearing, originally set in the Temporary Restraining Order that was issued by Judge Donnelly on February 18, 2020. That hearing will now occur before Judge Kovner at 12:00 p.m. on March 19, 2020 in Courtroom 4E-N.

3. All other deadlines in Judge Donnelly's February 18, 2020 Order remain in effect.

4. A true and accurate copy of Judge Kovner's order is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED,

Dated: March 4, 2020

_____
Louis P. Feuchtbaum
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 392-1960
Email: lfeuchtbaum@sideman.com

*Counsel for Plaintiffs HP Inc. and Hewlett-Packard Development Company, L.P.*

# EXHIBIT A

**Feuchtbaum, Louis P.**

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Tuesday, March 03, 2020 11:40 AM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | [EXTERNAL] Activity in Case 1:19-cv-07210-RPK-RER HP Inc. et al v. ZTHY TECH INC. et al Scheduling Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/3/2020 at 2:39 PM EST and filed on 3/3/2020
**Case Name:** HP Inc. et al v. ZTHY TECH INC. et al
**Case Number:** 1:19-cv-07210-RPK-RER
**Filer:**
**Document Number:** No document attached

Docket Text:
**SCHEDULING ORDER: The preliminary injunction hearing scheduled for March 19, 2020 at 12 p.m. will take place in Courtroom 4E-N before Judge Kovner. The parties shall continue to adhere to all other deadlines set forth in Judge Donnelly's 2/18/2020 Order to Show Cause. Ordered by Judge Rachel P. Kovner on 3/3/2020. (Love, Alexis)**

**1:19-cv-07210-RPK-RER Notice has been electronically mailed to:**

Louis Peter Feuchtbaum    lfeuchtbaum@sideman.com, bdolly@sideman.com, lousails@aol.com, vvitullo@sideman.com

**1:19-cv-07210-RPK-RER Notice will not be electronically mailed to:**

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is One Embarcadero Center, Twenty-Second Floor, San Francisco, CA 94111-3711.

On March 4, 2020, I served true copies of the following document(s) described as **NOTICE OF ENTRY OF ORDER REGARDING PRELIMINARY INJUNCTION HEARING** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission, or as a courtesy in addition to another form of service, I caused a copy of the document(s) to be sent from e-mail address vvitullo@sideman.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 4, 2020, at San Francisco, California.

_____
Valerie Vitullo

## SERVICE LIST

| Defendant | E-mail Address(es) at Which Each Defendant May Be Served |
|---|---|
| suntek-wireless | stekparts@gmail.com |
| shop-siker | hksiker@gmail.com |
| shunwei2014 | m13712303112@163.com; jmelectronic2018@hotmail.com |
| batterymon16 | yangcaiping123@hotmail.com |
| sunflower-electronic | delectronic@163.com; rainhome2015@163.com |
| lol-electronic | sikermengmeng@163.com; VanessaXeniatK@yahoo.com |
| elecbrain15 | 344031135@qq.com; elecbrain15@hotmail.com |
| ehome007 | mini_tomato@163.com |
| yolanda_dh1 | chf0753@163.com |
| irelia_jt | Irelia_1@163.com |