# Exhibit A

**Feuchtbaum, Louis P.**

| | |
|---|---|
| **From:** | Vitullo, Valerie <vvitullo@sideman.com> |
| **Sent:** | Tuesday, February 25, 2020 4:10 PM |
| **To:** | mini_tomato@163.com |
| **Cc:** | Feuchtbaum, Louis P. |
| **Subject:** | Re:  LEGAL DOCUMENTS RELATED TO A LAWSUIT FILED AGAINST YOU (Email 1 of 6) |
| **Attachments:** | Dkt 5 - Issued Summons ehome007.pdf; Dkt 3 - Amended Complaint.pdf; Dkt 3-1 - Civil Cover Sheet.pdf; Dkt 6 - Plaintiff Ex Parte Application for Order Sealing.pdf; Dkt 11 - Order to File Under Seal.pdf; Dkt 12 - Order Granting Leave to Serve by Email.pdf |

**THROUGH THIS EMAIL, YOU ARE BEING FORMALLY SERVED WITH PROCESS RELATED TO A LAWSUIT THAT HAS BEEN FILED AGAINST YOU.**

**PLEASE READ THIS EMAIL AND ITS ATTACHMENTS CAREFULLY.  YOU SHOULD CONSULT WITH A LAWYER.  THAT LAWYER CAN INFORM YOU OF THE DEADLINE FOR FILING A RESPONSE TO THE LAWSUIT.**

**A FAILURE TO TIMELY RESPOND TO THIS LAWSUIT MAY SEVERELY HARM YOUR LEGAL RIGHTS.**

Dear Sir or Madam,

HP, Inc. and Hewlett-Packard Development Company, LP ("Plaintiffs") are suing you for, among other things, trafficking in counterfeit HP products.  That lawsuit is pending in the United States District Court for the Eastern District of New York, which is located at 225 Cadman Plaza East, Brooklyn, New York 11201, before a District Court Judge, the Honorable Ann M. Donnelly.

There is presently a Temporary Restraining Order that freezes assets held in certain PayPal accounts.  The Court has ordered any party that wishes to oppose the temporary restraining order from becoming a preliminary injunction to take action according to deadlines that are described in the provided Temporary Restraining Order, and as are summarized below:

| Immediate Deadlines | Required Action |
|---|---|
| March 6, 2020 | Deadline for a defendant to file and serve any papers in support of their opposition to the Temporary Restraining Order becoming a Preliminary Injunction. |
| March 13, 2020 | Deadline for Plaintiffs to file and serve any papers in support of their Reply to a defendant's opposition. |
| March 19, 2020 at 12:00 | The Court will hold a hearing on whether there is cause for it not to issue a preliminary injunction at 225 Cadman Plaza East, Brooklyn, New York 11201 in Judge Donnelly's courtroom. |

**Please note that I represent the Plaintiffs in this case.  I cannot provide you with legal advice.  Any questions that you may have should be addressed by your own lawyer, or by contacting the court.**

**Due to the size of the documents you are being served with, the papers are being split up and sent through six emails.  In this email you will find the following court documents:**

    **(1)**    **Civil Case Coversheet;**
    **(2)**    **Summons**
    **(3)**    **Amended Complaint;**
    **(4)**    **Order Granting Leave to Serve by Email;**
    **(5)**    **Ex Parte Application for Order to File Under Seal;**
    **(6)**    **Order to File Under Seal**



**Valerie Vitullo**
Legal Secretary

**Sideman & Bancroft LLP**
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111
Main:  415.392.1960
Direct:415.733.3966
Fax:   415.392.0827
vvitullo@sideman.com
Visit us at www.sideman.com

Please consider the environment before you print this email.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail [or at (415) 392-1960] and delete all copies of this message. It is the recipient's responsibility to scan this e-mail and any attachments for viruses.