IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HP INC.**, a Delaware corporation; and **HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**, a Texas limited partnership,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>**ZTHY TECH INC.**, a California corporation; **batterymon16**, an entity of unknown form; **ehome007**, an entity of unknown form; **elecbrain15**, an entity of unknown form; **Idallian**, an entity of unknown form; **irelia_jt**, an entity of unknown form; **lol-electronic**, an entity of unknown form; **shop-siker**, an entity of unknown form; **shunwei2014**, an entity of unknown form; **sunflower-electronic**, an entity of unknown form; **suntek-wireless**, an entity of unknown form; **yolanda_dh1**, an entity of unknown form; and **DOES 1 through 20**,<br><br>　　　　　Defendants. | Case No._1:19-cv-07210-RPK-RER<br><br>**[PROPOSED] ORDER ENTERING A PRELIMINARY INJUNCTION** |

## [PROPOSED] PRELIMINARY INJUNCTION

　　The Temporary Restraining Order ("TRO") previously entered in this matter by Judge Ann Donnelly [ECF Document # 13] shall continue in effect for the pendency of this action against defendants: batterymon16, ehome007, elecbrain15, Idallian, irelia_jt, lol-electronic, shop-siker, shunwei2014, sunflower-electronic, suntek-wireless, and yolanda_dh1. All previous findings of fact and conclusions of law contained in that TRO are hereby adopted by this Court and incorporated by reference.

　　That TRO as to defendant Zthy Tech, Inc. shall remain in effect until such time that Zthy Tech, Inc. may be served and has an opportunity to be heard on an Order to Show Cause why the TRO should not become a preliminary injunction.

Date: _____　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge