IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HP INC.**, a Delaware corporation; and **HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**, a Texas limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>**ZTHY TECH INC.**, a California corporation; **batterymon16**, an entity of unknown form; **ehome007**, an entity of unknown form; **elecbrain15**, an entity of unknown form; **Idallian**, an entity of unknown form; **irelia_jt**, an entity of unknown form; **lol-electronic**, an entity of unknown form; **shop-siker**, an entity of unknown form; **shunwei2014**, an entity of unknown form; **sunflower-electronic**, an entity of unknown form; **suntek-wireless**, an entity of unknown form; **yolanda_dh1**, an entity of unknown form; and **DOES 1 through 20**,<br><br>Defendants. | Case No._1:19-cv-07210-RPK-RER<br><br>**SECOND NOTICE OF ENTRY OF ORDER REGARDING PRELIMINARY INJUNCTION HEARING**<br><br>Judge:   Honorable Rachel P. Kovner<br>Date:    March 19, 2020<br>Time:   2:00<br>Crtrm.: 4E-N |

**TO ALL PARTIES, AND THEIR COUNSEL, PLEASE TAKE NOTICE THAT:**

1.  On March 12, 2020, Judge Kovner entered a scheduling order for the preliminary injunction hearing, continuing it from March 19, 2020 at 12:00 p.m. EDT to 2:00 p.m. EDT on that same date. A true and accurate copy of that order is attached hereto as "Exhibit A."

2   On March 13, 2020, Judge Kovner entered a scheduling order for the preliminary injunction hearing that converted the hearing to a telephone conference. Parties must appear by

dialing (888) 278-0296, and using access code 2012636.  A true and accurate copy of that order is attached hereto as "Exhibit B."

Dated:  March 13, 2020

RESPECTFULLY SUBMITTED,

_____
Louis P. Feuchtbaum
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 392-1960
Email: lfeuchtbaum@sideman.com

*Counsel for Plaintiffs HP Inc. and Hewlett-Packard Development Company, L.P.*