# Exhibit A

**Feuchtbaum, Louis P.**

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Thursday, March 12, 2020 11:38 AM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | [EXTERNAL] Activity in Case 1:19-cv-07210-RPK-RER HP Inc. et al v. ZTHY TECH INC. et al Scheduling Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

# Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/12/2020 at 2:37 PM EDT and filed on 3/12/2020
**Case Name:** HP Inc. et al v. ZTHY TECH INC. et al
**Case Number:** 1:19-cv-07210-RPK-RER
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**SCHEDULING ORDER: The preliminary injunction hearing scheduled for March 19, 2020 at 12 p.m. is adjourned to March 19, 2020 at 2 p.m. The hearing will still take place in Courtroom 4E-N before Judge Kovner. Ordered by Judge Rachel P. Kovner on 3/12/2020. (Liss, Jeremy)**

**1:19-cv-07210-RPK-RER Notice has been electronically mailed to:**

Louis Peter Feuchtbaum    lfeuchtbaum@sideman.com, bdolly@sideman.com, lousails@aol.com, vvitullo@sideman.com

**1:19-cv-07210-RPK-RER Notice will not be electronically mailed to:**