AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

HP INC., et. al.
    *Plaintiff(s)*
        v.

ZTHY TECH INC., et. al.
    *Defendant(s)*

Civil Action No. 19-cv-7210 ENV-RER

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ZTHY TECH INC.
5219 Acacia Street, San Gabriel, California 91776

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Louis P. Feutchtbaum
Sideman & Bancroft LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date: 1/9/2020

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*



| *Attorney or Party without Attorney:*<br>SIDEMAN BANCROFT<br>LOUIS P. FEUCHTBAUM, ESQ.<br>1 EMBARCADERO CENTER 22ND<br>SAN FRANCISCO , CA 94111<br>   *Telephone No:* (415) 392-1960<br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>6070-23 | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK | | |
| *Plaintiff:* HP INC., a Delaware corporation; et al.<br>*Defendant:* ZTHY TECH INC., a California corporation, et al. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>19CV7210 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the COVER LETTER DATED FEBRUARY 26, 2020; SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TEMPORARY SEALING; ORDER TO FILE UNDER SEAL; ORDER GRANTING LEAVE TO SERVE BY EMAIL; COURT NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; PLAINTIFFS' EX PARTE APPLICATION FOR ENTRY; DECLARATION OF ROBERT MUSICK IN SUPPORT OF EX PARTE APPLICATION FOR SERVICE BY EMAIL AND TEMPORARY RESTRAINING ORDER; DECLARATION OF RICHARD STINGLE IN SUPPORT OF EX PARTE APPLICATION FOR SERVICE BY EMAIL AND TEMPORARY RESTRAINING ORDER; TEMPORARY RESTRAINING ORDER FREEZING ASSETS; DECLARATION OF ERICA BRAND PORTNOY IN SUPPORT OF EX PARTE APPLICATION FOR SERVICE BY EMAIL AND TEMPORARY RESTRAINING ORDER.

3.   a.   Party served:     ZTHY TECH INC.,a California corporation
       b.   Person served:   HAORAN ZHAO - AGENT OF SERVICE
           **Served Under F.R.C.P. Rule 4**

4. Address where the party was served:   1135 W. BADILLO ST, UNIT #B, COVINA, CA 91722

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Mar 13 2020 (2) at: 07:45 AM

6. *Person Who Served Papers:*
   a. Cathy Jo Garcia (5882, Los Angeles)
   b. FIRST LEGAL INVESTIGATIONS
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

   d. *The Fee* for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                            03/16/2020
                            (Date)                           (Signature)



**PROOF OF SERVICE**

4418156
(100123)