

One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

**Louis P. Feuchtbaum**
lfeuchtbaum@sideman.com
(415) 733-3905

March 19, 2020

The Honorable Rachel P. Kovner
United States District Judge
U.S. District Court for the Eastern District of
New York
Filed via ECF

    Re:   <u>HP, Inc. et al. v. Zthy Tech, Inc., et. al</u>

Dear Judge Kovner:

    The following table indicates that amounts frozen in PayPal accounts by the earlier order of the Honorable Ann Donnelly, U.S. District Judge, as reported to us by PayPal:

| Email | Associated Seller | Total Received over life of account | Amount in Frozen Account | Notes |
|---|---|---|---|---|
| yangcaiping123@hotmail.com | batterymon16 | $641,950.32 | $16,669.38 | $294,814.76 received by account during past month. |
| mini_tomato@163.com, Amazing_tomato@163.com | ehome007 | $100,930.52 | $3,095.22 | |
| 539938120@qq.com, 344031135@qq.com | elecbrain15 | $264,624.02 | $2.91 | |
| elecbrain15@hotmail.com | elecbrain15 | $290,705.74 | $10,961.23 | |
| VanessaXeniatK@yahoo.com | elecbrain15 | $104,408.27 | $45,828.38 | $91,117.36 received by account during past month. |

The Honorable Rachel P. Kovner
March 19, 2020
Page 2

| | | | | |
|---|---|---|---|---|
| digi_club8888@hotmail.com, digi_club88@hotmail.com, enjoy20101@hotmail.com, enjoy_201012@hotmail.com, haobattery@hotmail.com, digiclub88@hotmail.com | haobattery.9953 | $3,525,942.23 | $1,844.40 | $617,859.06 received by account during past month. |
| Irelia_1@163.com, Irelia_2@163.com | irelia_jt | $697,449.14 | $10,658.37 | $131,420.37 received by account during past month. |
| sikermengmeng@163.com | lol-electronic | | $17,186.64 | |
| yolanda_dh@outlook.com, ningjinglife@outlook.com, chf0753@163.com | omg_1971 | $2,037,577.44 | $15,282.52 | $406.,562.12 received by account during past month. |
| hksiker@gmail.com | shop-siker | $782,208.31 | $3,502.51 | |
| m13712303112@163.com | shunwei2014 | | $2,300.01 | |
| jmelectronic2018@hotmail.com | shunwei2014 | $807,940.03 | $11,814.01 | $745,976.96 received by account during past month. |
| delectronic@163.com | sunflower-electronic | $702,562.26 | $19,533.25 | $564,201.88 received by account during past month. |
| rainhome2015@163.com | sunflower-electronic | $170,630.77 | $37.16 | |
| williamgg871@gmail.com, stekparts@gmail.com, franjoy2051@gmail.com | suntek-wireless | $1,392,652.19 | $82.36 | $458,004.16 received by account during past month. |

Respectfully yours,

/s/

Louis P. Feuchtbaum

6070-23\4353101v1