## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

**HP INC.**, a Delaware corporation; and **HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**, a Texas limited partnership,

          Plaintiffs,

    v.

**ZTHY TECH INC.**, a California corporation; **batterymon16**, an entity of unknown form; **ehome007**, an entity of unknown form; **elecbrain15**, an entity of unknown form; **Idallian**, an entity of unknown form; **irelia_jt**, an entity of unknown form; **lol-electronic**, an entity of unknown form; **shop-siker**, an entity of unknown form; **shunwei2014**, an entity of unknown form; **sunflower-electronic**, an entity of unknown form; **suntek-wireless**, an entity of unknown form; **yolanda_dh1**, an entity of unknown form; and **DOES 1 through 20**,

          Defendants.

Case No. 1:19-cv-07210-RPK-RER

**STIPULATION FOR AMENDED ORDER**

Judge:   Honorable Rachel P. Kovner

### STIPULATION

Plaintiffs HP, INC. and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. along with Defendants ZTHY TECH, INC. and batterymon16 (collectively, Plaintiffs and these defendants shall be referred to as the "Parties Concerned") hereby stipulate and agree to this request for an expansion of the effective period for the preliminary injunction ("Preliminary Injunction") that the Court entered on March 20, 2020, which affects only the Parties Concerned (ECF Document #33 ["Doc. 33"]).  As presently written, that Preliminary Injunction will expire at midnight following a scheduled hearing at which the Court will consider whether to expand the Preliminary Injunction's effective period.  That expiration date would cause the Preliminary Injunction to expire before any order expanding it could be served and given effect.  The Parties

1

Concerned note that service of process presently takes a longer period of time than it normally does due to delays caused by COVID-19 closures.

The Parties Concerned hereby agree and request that the Court issue an order that expands the effective date of the Preliminary Injunction by seven days, so that Plaintiffs could have adequate time to serve any new order that may be issued.  They request that the Court modify the Preliminary Injunction so that it expires at 11:59 p.m. on April 30, 2020.  A modified preliminary injunction acceptable to the Parties Concerned is attached hereto as "Exhibit A."

IT IS SO STIPULATED AND AGREED:

Dated: March 25, 2020

/s/ *Louis P. Feuchtbaum*
Louis P. Feuchtbaum
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 392-1960
Email: lfeuchtbaum@sideman.com

*Counsel for Plaintiffs HP Inc. and Hewlett-Packard Development Company, L.P.*

Dated: March 25, 2020

/s/ *Timothy T. Wang*
Timothy T. Wang
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4603
Fax: (972) 314-0900
E-mail: twang@nilawfirm.com

*Attorney for Defendants Zthy Tech, Inc. and batterymon16*

## **DECLARATION OF CONSENT OBTAINED FROM SIGNATORIES**

I, Louis P. Feuchtbaum, hereby attest and declare subject to penalty of perjury under the laws of the United States, that Timothy T. Wang, counsel for Defendants Zthy Tech, Inc. and batterymon16, agreed to this stipulation and authorized me to indicate his assent by affixing his electronic signature to this document.

Dated: March 25, 2020

/s/ *Louis P. Feuchtbaum*
Louis P. Feuchtbaum
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 392-1960
Email: lfeuchtbaum@sideman.com

*Counsel for Plaintiffs HP Inc. and Hewlett-Packard Development Company, L.P.*