# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HP INC.**, a Delaware corporation; and **HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**, a Texas limited partnership,<br><br>        Plaintiffs,<br><br>    v.<br><br>**ZTHY TECH INC.**, a California corporation; **batterymon16**, an entity of unknown form; **ehome007**, an entity of unknown form; **elecbrain15**, an entity of unknown form; **Idallian**, an entity of unknown form; **irelia_jt**, an entity of unknown form; **lol-electronic**, an entity of unknown form; **shop-siker**, an entity of unknown form; **shunwei2014**, an entity of unknown form; **sunflower-electronic**, an entity of unknown form; **suntek-wireless**, an entity of unknown form; **yolanda_dh1**, an entity of unknown form; and **DOES 1 through 20**,<br><br>        Defendants. | Case No._1:19-cv-07210-RPK-RER<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT YOLANDA_DH1; SUPPORTING DECLARATION OF LOUIS P. FEUCHTBAUM**<br><br>Judge:   The Honorable Rachel P. Kovner |

    TO THE CLERK OF THE ABOVE-TITLED COURT:  As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiffs HP, INC. and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. ("Plaintiffs") hereby request an entry of default in this matter against Defendant yolanda_dh1 ("Defendant") on the ground that Defendant has failed to respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

    On February 18, 2020, the Honorable Ann M. Donnelly, United States District Judge of this court, entered an Order that granted Plaintiffs leave to serve this Defendant with all papers associated with this action via email at chf0753@163.com.  [ECF Document No. ("Doc.") 12]

    On February 25, 2020, Plaintiffs served Defendant with the summons, amended complaint (Doc. 3, or "Complaint"), and a copy of the Order that allows service by email, among

the other documents that had been filed with the Court at that time, in accordance with the requirements of the Court's February 18, 2020 Order. [Doc. 23] Defendant was required to answer, or otherwise respond to the Complaint by March 20, 2020. *See* Fed. R. Civ. P. 12(a)(1) (requiring response to a complaint within 21 days after service of the summons and complaint); Fed. R. Civ. P. 6(d)(enlarging the time to respond by 3 days where service is accomplished by email). As of the date of this request, defendant has failed to file an Answer, or any other responsive papers with the Court. Declaration of Louis P. Feuchtbaum ["Feuchtbaum Decl."], ¶ 2. There are no known facts that should prevent entry of default against Defendant. Feuchtbaum Decl., ¶¶ 3-4.

RESPECTFULLY SUBMTTED,

Dated: March 31, 2020

/s/
Louis P. Feuchtbaum
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 392-1960
Email: lfeuchtbaum@sideman.com

*Counsel for Plaintiffs HP Inc. and Hewlett-Packard Development Company, L.P.*

## DECLARATION OF LOUIS P. FEUCHTBAUM

I, Louis P. Feuchtbaum, hereby declare that I am an attorney at law, licensed to practice before the Courts of the State of New York, and before the United States District Court for the Eastern District of New York.  I am a Partner at the law firm of Sideman and Bancroft, LLP, counsel for Plaintiffs HP, INC. and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. ("Plaintiffs") in the above-titled action.  The following facts are stated upon my own personal knowledge, unless otherwise indicated that they are stated on information and belief:

1. On February 25, 2020, Defendant yolanda_dh1 ("Defendant") was served with the summons, Complaint and other documents then filed in this action.  That service was accomplished via email, pursuant to Fed. R. Civ. P. 4(f), and according to an Order of this Court [Doc. 12].  Plaintiff filed a Proof of Service with this Court that attests to these facts [Doc. 23].

2. As of today's date, Defendant has failed to file a pleading or otherwise respond to the complaint.  The applicable time limit for responding to the complaint has expired.

3. On information and belief, Defendant is not a minor, nor an incompetent person, as evidenced by the fact that he/she has engaged in a long-standing and complex scheme to sell counterfeit products from China and/or Hong Kong into the United States.

4. On information and belief, Defendant is not currently in the military service of the United States, as evidenced by the fact that he/she operates a business from overseas, and appears to reside there.  Therefore, the Servicemembers' Civil Relief Act would not apply to him/her.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2020, in Berkeley, California, subject to penalty of perjury under the laws of the United States.

/s/_____.
LOUIS P. FEUCHTBAUM