# EXHIBIT A

**From:** vero@ebay.com [mailto:vero@ebay.com]
**Sent:** Tuesday, March 03, 2020 10:41 AM
**To:** Portnoy, Erica Brand
**Subject:** [EXTERNAL] eBay VeRO Program - eBay User Personal Information

Hello,

Thank you for sending us this Personal Information Request.

We are pleased to provide you with the Member's information. That information is as follows:

```
ldallian / 2791130887@qq.com
红兵 王
ROOM 705, OPULENT BUILDING, NO.402 HENNESSY ROAD, CAUSEWAY BAY, Hong Kong,
default, default
HK
13824354281
```

Should you have any other questions on the Personal Information Agreement, or concerns regarding this matter, please do not hesitate to contact our VeRO Program again.

Regards,

VeRO Program
eBay Trust & Safety