# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HP INC.**, a Delaware corporation; and **HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**, a Texas limited partnership,<br><br>          Plaintiffs,<br><br>     v.<br><br>**ZTHY TECH INC.**, a California corporation; **batterymon16**, an entity of unknown form; **ehome007**, an entity of unknown form; **elecbrain15**, an entity of unknown form; **Idallian**, an entity of unknown form; **irelia_jt**, an entity of unknown form; **lol-electronic**, an entity of unknown form; **shop-siker**, an entity of unknown form; **shunwei2014**, an entity of unknown form; **sunflower-electronic**, an entity of unknown form; **suntek-wireless**, an entity of unknown form; **yolanda_dh1**, an entity of unknown form; and **DOES 1 through 20**,<br><br>          Defendants. | Case No._1:19-cv-07210-RPK-RER<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is One Embarcadero Center, Twenty-Second Floor, San Francisco, CA 94111-3711.

On April 6, 2020, I served a true copy of the following document described as

- **CLERK'S ENTRY OF DEFAULT**

on the interested parties in this action as follows:

| Defendant | E-mail Address(es) at Which Each Defendant May Be Served |
|---|---|
| suntek-wireless | stekparts@gmail.com |
| shop-siker | hksiker@gmail.com |
| shunwei2014 | m13712303112@163.com; jmelectronic2018@hotmail.com |
| sunflower-electronic | delectronic@163.com; rainhome2015@163.com |
| lol-electronic | sikermengmeng@163.com; VanessaXeniatK@yahoo.com |
| elecbrain15 | 344031135@qq.com; elecbrain15@hotmail.com |
| ehome007 | mini_tomato@163.com |
| yolanda_dh1 | chf0753@163.com |
| irelia_jt | Irelia_1@163.com |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission, or as a courtesy in addition to another form of service, I caused a copy of the document(s) to be sent from e-mail address vvitullo@sideman.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 6, 2020, at Walnut Creek, California.

*/s/Brenda Dolly*
Brenda Dolly

6070-23\4376069v1