# EXHIBIT A

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HP INC.**, a Delaware corporation; and **HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**, a Texas limited partnership,<br><br>        Plaintiffs,<br><br>        v.<br><br>**ZTHY TECH INC.**, a California corporation; **batterymon16**, an entity of unknown form; **ehome007**, an entity of unknown form; **elecbrain15**, an entity of unknown form; **Idallian**, an entity of unknown form; **irelia_jt**, an entity of unknown form; **lol-electronic**, an entity of unknown form; **shop-siker**, an entity of unknown form; **shunwei2014**, an entity of unknown form; **sunflower-electronic**, an entity of unknown form; **suntek-wireless**, an entity of unknown form; **yolanda_dh1**, an entity of unknown form; and **DOES 1 through 20**,<br><br>        Subject Defendants. | Case No._1:19-cv-07210-RPK-RER<br><br>**[PROPOSED] ORDER ENTERING A PRELIMINARY INJUNCTION AGAINST DEFENDANTS ZTHY TECH, INC. AND BATTERYMON16 BY CONSENT** |

Rachel P. Kovner, United States District Judge:

This Order modifies and supersedes a preliminary injunction that was entered by this Court on March 20, 2020, and modified on March 26, 2020.  It changes the date through which that preliminary injunction will remain in effect.

On March 19, 2020, the Court held a preliminary injunction hearing by teleconference. Plaintiffs appeared by telephone, through counsel, as did defendants Zthy Tech Inc. and batterymon16 (the "Represented Defendants"). Plaintiffs and the Represented Defendants agreed that the Court should issue a preliminary injunction freezing assets in certain PayPal accounts held by the Represented Defendants, and have since further agreed that this preliminary injunction should remain in effect for the pendency of this matter.

### ORDER

IT IS THEREFORE HEREBY ORDERED THAT a preliminary injunction is issued that

directs, as follows:

A.      PayPal shall prevent the disbursement of any assets in accounts associated with or used by the following eBay seller IDs and corresponding email addresses:

|    | Defendant/eBay Seller ID | Associated E-mail Address(es) |
|----|--------------------------|-------------------------------|
| 1. | batterymon16 | yangcaiping123@hotmail.com |
| 2. | haobattery.9953 | haobattery@hotmail.com |
| 3. | omg_1971 | chf0753@163.com |

B.      PayPal shall still continue to allow the deposit of funds that are destined to those accounts.

C.      This order shall remain in effect for the pendency of this action, unless modified by the Court.

D.      The hearing on this matter, previously set for 11:00 a.m. EDT on April 23, 2020, is hereby taken off the Court's calendar.

SO ORDERED.


By: _____
         RACHEL P. KOVNER
         United States Judge

Dated:  Brooklyn, New York
         April __, 2020