# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HP INC.**, a Delaware corporation; and **HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**, a Texas limited partnership,<br><br>        Plaintiffs,<br><br>   v.<br><br>**ZTHY TECH INC.**, a California corporation; **batterymon16**, an entity of unknown form; **ehome007**, an entity of unknown form; **elecbrain15**, an entity of unknown form; **Idallian**, an entity of unknown form; **irelia_jt**, an entity of unknown form; **lol-electronic**, an entity of unknown form; **shop-siker**, an entity of unknown form; **shunwei2014**, an entity of unknown form; **sunflower-electronic**, an entity of unknown form; **suntek-wireless**, an entity of unknown form; **yolanda_dh1**, an entity of unknown form; and **DOES 1 through 20**,<br><br>        Defendants. | Case No._1:19-cv-07210-RPK-RER<br><br>**PROOF OF SERVICE** |

4388721v1

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is One Embarcadero Center, Twenty-Second Floor, San Francisco, CA 94111-3711.

On Tuesday, April 21, 2020, I served via First Legal [order no 7711454], a true copy of the following Order which modifies and supersedes preliminary injunctions entered on March 20, 2020 and March 26, 2020 and is hereby described as

- **ORDER ENTERING A PRELIMINARY INJUNCTION AGAINST DEFENDANTS ZTHY TECH, INC AND BATTERYMON16 BY CONSENT**

on the interested party in this action as follows:

PayPal, Inc. c/o CT Corporation System,  818 West Seventh Street, Suite 930
Agent for Service of Process            Los Angeles, CA 90017
Albert Damonte

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 21, 2020, at Walnut Creek, California.

/s/ *Brenda Dolly*
Brenda Dolly

4388721v1

## Dolly, Brenda J.

| | |
|---|---|
| **From:** | drodriguez@dtrac.firstlegal.com on behalf of Danny Rodriguez <drodriguez@dtrac.firstlegal.com> |
| **Sent:** | Tuesday, April 21, 2020 1:16 PM |
| **To:** | Dolly, Brenda J.; sfprocess@firstlegal.com |
| **Subject:** | [EXTERNAL] First Legal Update for Ctrl# [7711454] - HP INC V ZTHY TECH INC - 119CV07210RPKRER - 6070-23 |

Your order has been updated
NOTE:This is an automated email. Please do not reply.

UPDATE INFO:
Delivery Date:  4/21/20 Time: 11:45 Signed: Albert Damonte intake


Control#:  7711454
Job Date:  4/21/20
Submitted By: Brenda Dolly
Service Type: BRSDSOP
Reference: 6070-23

DELIVERY INFO:
See: CT CORP
Deliver To: PAYPAL, INC
Delivery Addr:818 W 7TH ST          Room/Suite: SUITE 930
City: LOS ANGELES
State/Zip: CA 90017

Case Number: 119CV07210RPKRER

Documents: ORDER ENTERING PRELIMINARY INJUCTION