# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HP INC.**, a Delaware corporation; and **HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**, a Texas limited partnership,<br><br>        Plaintiffs,<br><br>    v.<br><br>**ZTHY TECH INC.**, a California corporation; **batterymon16**, an entity of unknown form; **ehome007**, an entity of unknown form; **elecbrain15**, an entity of unknown form; **Idallian**, an entity of unknown form; **irelia_jt**, an entity of unknown form; **lol-electronic**, an entity of unknown form; **shop-siker**, an entity of unknown form; **shunwei2014**, an entity of unknown form; **sunflower-electronic**, an entity of unknown form; **suntek-wireless**, an entity of unknown form; **yolanda_dh1**, an entity of unknown form; and **DOES 1 through 20**,<br><br>        Defendants. | Case No._1:19-cv-07210-RPK-RER<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is One Embarcadero Center, Twenty-Second Floor, San Francisco, CA 94111-3711.

On Tuesday, April 21, 2020, I served via First Legal [Proof of Service attached], a true copy of the following Order which modifies and supersedes preliminary injunctions entered on March 20, 2020 and March 26, 2020 and is hereby described as

- **ORDER ENTERING A PRELIMINARY INJUNCTION AGAINST DEFENDANTS ZTHY TECH, INC AND BATTERYMON16 BY CONSENT**

on the interested party in this action as follows:

| | |
|---|---|
| PayPal, Inc. c/o CT Corporation System, Agent for Service of Process<br>Albert Damonte | 818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2020, at Walnut Creek, California.

/s/ *Brenda Dolly*
Brenda Dolly

4388721v1

| | |
|---|---|
| Attorney or Party without Attorney:<br>(#)<br>SIDEMAN BANCROFT<br>1 EMBARCADERO CENTER 22ND<br>SAN FRANCISCO , CA 94111<br>Telephone No: (415) 392-1960<br>Attorney For: | For Court Use Only |
| Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
| Plaintiff: HP INC., et al.<br>Defendant: ZTHY TECH INC., et al. | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:19-CV-07210-RPK-RER |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER ENTERING A PRELIMINARY INJUNCTION AGAINST DEFENDANTS ZTHY TECH, INC. AND BATTERYMON16 BY CONSENT

3. a. Party served:     PAYPAL, INC.
   b. Person served:    ALBERT DAMONTE, INTAKE SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT

4. Address where the party was served:   818 WEST 7TH STREET SUITE 930, LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Apr 21 2020 (2) at: 11:45 AM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)                    d. **The Fee** for Service was:
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

04/27/2020
(Date)                                              (Signature)



PROOF OF SERVICE

4491855
(7711454)