# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HP INC.**, a Delaware corporation; and **HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.**, a Texas limited partnership,<br><br>                    Plaintiffs,<br><br>        v.<br><br>**ZTHY TECH INC.**, a California corporation; **batterymon16**, an entity of unknown form; **ehome007**, an entity of unknown form; **elecbrain15**, an entity of unknown form; **Idallian**, an entity of unknown form; **irelia_jt**, an entity of unknown form; **lol-electronic**, an entity of unknown form; **shop-siker**, an entity of unknown form; **shunwei2014**, an entity of unknown form; **sunflower-electronic**, an entity of unknown form; **suntek-wireless**, an entity of unknown form; **yolanda_dh1**, an entity of unknown form; and **DOES 1 through 20**,<br><br>                    Subject Defendants. | Case No._1:19-cv-07210-RPK-RER<br><br>**[PROPOSED] ORDER DIRECTING PAYPAL, INC. TO RELEASE FUNDS** |

Rachel P. Kovner, United States District Judge:

This Order directs PayPal, Inc. ("PayPal") to release funds to counsel for Plaintiffs in the above-captioned matter, as described more fully below. This Court previously entered several Orders that froze funds held in all PayPal accounts associated with eBay seller "batterymon16." By a stipulation that Plaintiffs HP, INC. and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. ("Plaintiffs") entered into with Defendant batterymon16, all funds frozen by PayPal are to be released to Plaintiffs, through their counsel.

## **ORDER**

IT IS THEREFORE HEREBY ORDERED THAT:

        A.        PayPal shall promptly release to Sideman and Bancroft, LLP, counsel for Plaintiffs, all funds belonging to batterymon16 that are held by PayPal.

        B.        PayPal shall make this transfer by either:

      (1)      Mailing a check addressed to:

            Sideman & Bancroft, LLP; IOLTA Account
            One Embarcadero Center, 22nd Floor;
            San Francisco, CA 94111; or

      (2)      By making a wire transfer of those funds to the following account:

            UNION BANK
            1980 Saturn Street
            Monterey Park, CA  91755
            ABA ROUTE # <u>122000496</u>

            FOR CREDIT TO:

            Sideman & Bancroft LLP, IOLTA Account
            One Embarcadero Center, Twenty-Second Floor
            San Francisco, CA  94111-3711
            ACCOUNT #: 0012078606

      C.      PayPal shall provide to Plaintiffs' counsel an accounting of these funds, showing any transactions that affected the balance in batterymon16's PayPal accounts, from the date that PayPal was served with the initial Order freezing those funds through the present.

      D.      Upon receiving written notice from Plaintiffs' counsel, PayPal may reactivate batterymon16's PayPal account.

      SO ORDERED.

                                                                           By: _____
                                                                                RACHEL P. KOVNER
                                                                                 United States Judge

Dated: Brooklyn, New York
         July __, 2020