| Attorney or Party without Attorney:<br>LOUIS P. FEUCHTBAUM (#)<br>SIDEMAN BANCROFT<br>1 EMBARCADERO CENTER 22ND<br>SAN FRANCISCO, CA 94111<br>  Telephone No: (415) 392-1960<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

*Plaintiff:* HP INC., et al.
*Defendant:* ZTHY TECH INC., et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:19-CV-07210-RPK-RER |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER DIRECTING PAYPAL, INC. TO RELEASE FUNDS; LETTER DATED JULY 22, 2020

3. a. Party served:     PAYPAL, INC.
   b. Person served:    DAISY MONTENEGRO, INTAKE SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT

4. Address where the party was served:   818 WEST 7TH STREET SUITE 930, LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jul 23 2020 (2) at: 01:30 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)         d. **The Fee** for Service was:
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

07/24/2020
(Date)                                              (Signature)



PROOF OF SERVICE

4714776
(7733438)